UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IVORY JOHNSON, individually, and
on behalf of, NATAVIAN JOHNSON, a
minor,

                  Plaintiffs,

         v.

CITY OF PLEASANTVILLE, HERBERT
SIMMONS, MICHAEL HARTMAN, JOHN
DOES 1-10, ABC CORPS 1-5

                  Defendants.

HON. JEROME B. SIMANDLE

Civil Action
No. 05-4258 (JBS)

**ORDER**

This matter having come before the Court on the motion of
Defendants City of Pleasantville, Patrolman Herbert Simons and
Patrolman Michael Hartman (the "Defendants") for summary judgment
pursuant to Fed. R. Civ. P. 56 [Docket Item No. 14]; and the
Court having considered the submissions of Defendants and having
received no opposition from Plaintiff; and for the reasons set
forth in the Memorandum Opinion of today's date;

**IT IS** this   **14th**   day of **May, 2007** hereby

**ORDERED** that Defendants' motion for summary judgment [Docket
Item No. 14] shall be, and hereby, is **GRANTED**; and that all
claims against Defendants shall be, and hereby are **DISMISSED**.


 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge